# EXHIBIT A

# DEMAND LETTER



Date: October 8, 2019

<u>Via electronic and physical mail</u>

**Integrity Music**
**1646 Westgate Circle, Suite 106**
**Brentwood, TN 37027**

**RE: Waymaker**

To Whom It May Concern,

Waymaker by Osinachi Kalu Okoro (hereinafter "Sinach") is currently spreading as a congregational anthem at an amazing pace. As you are likely aware, Sinach debuted the song Waymaker on an independent release on April 7, 2016, then subsequently on November 21, 2016, and again on March 27, 2019. Each of her recordings embodying the composition includes a verse, a chorus, and a bridge (the "Original Composition").

In June 2017, worship leader Lisa Brunson composed a new bridge containing additional lyrics and accompanying melody to the Original Composition. This substantial change to the underlying composition is an amalgamation and accordingly a new work ("2017 Composition").

The 2017 Composition was performed live at World Harvest Church in June 2017. That performance began to spread throughout social media, including but not limited to YouTube and Instagram. It is the 2017 Composition that is currently spreading through the church, thanks to Michael W. Smith and Leeland, as well as a number of other churches and music ministries.

My firm represents Mrs. Brunson. According to our research, Integrity is the sole publisher of the New Composition, notwithstanding Tunecore Digital Music's nominal appearance on record with the PROs and Harry Fox Agency alike.

We do not want to chill the current momentum embodied by the 2017 Composition, and recognize the legal nuances at hand, including but not limited to: substantial change, derivative work, de facto acceptance, and various statute(s) of limitations. Accordingly, we request all communications between parties be regarded as **confidential settlement communications as per Federal Rules of Civil Procedure §408**.

I hereby request our client's copyright and portion of revenue, FORTY-FIVE PERCENT (45%), of the 2017 Composition of any past and future royalties, to be directed to Mrs. Brunson's administrator "Watershed Music Group, LLC."

**Watershed Music Group, LLC**
**PO Box 6370**
**McKinney, TX 75071**

If you have any questions, please reach out directly via email or by calling my office.

Respectfully,

*David Engelhardt Esq.*

David Engelhardt, Esq.
(917) 336-9800
David@engelhardtlaw.co