**EXHIBIT B**

**Depiction of Infringement**

