IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

LISA BRUNSON,
    Plaintiff(s),

v.                                          Case No. 3:20-CV-01056

CAPITOL CMG, INC., et al.,
    Defendant(s).

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, **Defendant Capitol CMG, Inc.** makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in **California** and with a principal place of business in **California**.

☒ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☒ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: Jan. 22, 2021    Signature: /s/ Derek C. Crownover

Printed Name: Derek C. Crownover, Esq.

Title: Attorneys for Defendants Capitol CMG, Inc. and David C. Cook d/b/a Integrity Music

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LISA BRUNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:20-cv-01056 |
| v. ) | |
| ) | District Judge Eli J. Richardson |
| CAPITOL CMG, INC., DAVID C. COOK ) | |
| d/b/a INTEGRITY MUSIC, and OSINACHI ) | Magistrate Judge Alistair Newbern |
| KALU OKORO EGBU, ) | |
| ) | |
| Defendants. ) | |

___

## EXHIBIT TO DEFENDANT CAPITOL CMG, INC.'S
## BUSINESS ENTITY DISCLOSURE
___

The parent companies of Defendant Capitol CMG, Inc. are EMI Group, Inc., a Delaware corporation, and Universal Music Group, Inc., a Delaware corporation.

Vivendi SE, a publicly-traded company incorporated under European law, owns 10% or more of the stock of Universal Music Group, Inc.

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and exact copy of the foregoing has been served electronically, through the Court's electronic filing system, to all parties indicated on the electronic filing receipt, on this date January 22, 2021, including:

Frank Wilbert (BPR No. 23090)
Kay, Griffin, Enkema & Brothers
Washington Square II
222 Second Avenue, N
Suite 340-M
Nashville, TN 37201
(615) 742-4800
Email: frank.wilbert@kaygriffin.com

Michael A. Johnson (BPR No. 30210)
Kay Griffin, PLLC
222 Second Avenue North
Suite 340-M
Nashville, TN 37201
(615) 742-4800
Fax: (615) 742-4801
Email: michael.johnson@kaygriffin.com

                                                 /s/ Derek C. Crownover
                                                 Derek C. Crownover, Esq.