IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA BRUNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-cv-01056 ) JUDGE RICHARDSON |
| CAPITOL CMG, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Leave to File Documents Under Seal. (Doc. No. 44, "Motion"). Pursuant to the Parties' "Confidentiality Stipulation and Protective Order," if a party requests to seal documents, they are required to "provide compelling reasons to seal the documents and demonstrate that the sealing is narrowly tailored to those reasons—specifically by analyzing in detail, document by document, the propriety of secrecy, providing reasons and legal citations." (Doc. No. 36 at 6). This requirement is consistent with prevailing Sixth Circuit requirements for sealing in civil cases.

Plaintiff's Motion failed to meet this requirement. By October 16, 2021, Plaintiff is directed to provide the appropriate basis for her request in a supplemental filing. alternatively, the Court will accept an explanation of such basis directly from Defendants, inasmuch as it appears that Plaintiff has filed the Motion essentially on behalf of Defendants, who are the ones to have marked the documents at issue as "confidential."

If she does not do so, the Court will be compelled to deny the Motion.

1

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE