AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| LISA BRUNSON <br> *Plaintiff* <br> v. <br> CAPITOL CMG, INC., ET AL. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:20-cv-01056 <br> ) <br> ) <br> ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: TuneCore, Inc. c/o Corporation Service Company
2908 Poston Ave., Nashville, TN 37203

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents and communications related to the song "Way Maker," including, without limitation, agreements, licenses, accountings, transcriptions, lyric sheets, and emails. In lieu of appearing, please produce all requested documents to Michael A. Johnson at mjohnson@kaygriffin.com.

| Place: Kay Griffin, PLLC c/o Michael A. Johnson <br> 222 2nd Ave. N., Ste. 340M <br> Nashville, TN 37201 | Date and Time: <br><br> 02/16/2022 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/07/2022

CLERK OF COURT

OR

_____     s/Michael A. Johnson
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Lisa Brunson
_____, who issues or requests this subpoena, are:

Kay Griffin, PLLC, c/o Michael A. Johnson 222 2nd Ave. N., Ste. 340M, Nashville, TN 37201 mjohnson@kaygriffin.com 615.742.4800

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 3:20-cv-01056    Document 88    Filed 01/21/22    Page 1 of 2 PageID #: 3652

Civil Action No. 3:20-cv-01056

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* TrueCore, Inc. Registered Agent Corporatn. Service Company on *(date)* 1/7/22.

☑ I served the subpoena by delivering a copy to the named person as follows: By personal service on Corporatn Service Company Registered Agent for TrueCore, Inc @ 2908 Poston Ave. Nashville, TN 37203 Left w/ on *(date)* 1/18/22 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/20/22 @ 10:20 AM

_____
Server's signature

Printed name and title

Kevin Williams
P.O Box 292997
Nashville, TN 37229
615-300-0480

Server's address

Additional information regarding attempted service, etc.: