# *UNITED STATES DISTRICT COURT*

## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| LISA BRUNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO.: 3:20-cv-01056 |
| | ) | JUDGE RICHARDSON |
| DAVID COOK d/b/a INTEGRITY MUSIC, | ) | MAGISTRATE JUDGE NEWBERN |
| CAPITOL CMG, INC. et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the United States Copyright Office.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN   37203
Telephone: (615) 736-5151
Email:   anica.jones@usdoj.gov

OF COUNSEL:
Scott Bolden
Acting Director, Intellectual Property Staff
Commercial Litigation Branch
Civil Division

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024, a copy of the foregoing was filed electronically.

A copy will be sent to the following, if registered, by operation of the Court's electronic filing

system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to

the following:

| | |
|---|---|
| Frank Wilbert<br>Butler Snow LLP<br>Washington Square II<br>150 3rd Avenue South, Suite 1600<br>Nashville, TN 37201<br>Email: frank.wilbert@butlersnow.com | Fred Dalton Thompson, III<br>Michael A. Johnson<br>Kay Griffin, PLLC<br>222 Second Avenue North, Suite 340-M<br>Nashville, TN 37201<br>Email: dthompson@kaygriffin.com<br>Email: mjohnson@kaygriffin.com |
| Barry I. Slotnick<br>Christian D. Carbone<br>Nathalie G. Russell<br>Priyamvada Sinha<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-1895<br>Email: bslotnick@loeb.com<br>Email: ccarbone@loeb.com<br>Email: nrussell@loeb.com<br>Email: psinha@loeb.com | Derek C. Crownover<br>Keane A. Barger<br>Loeb & Loeb, LLP (Nashville)<br>35 Music Square East, Suite 310<br>Nashville, TN 37203<br>Email: dcrownover@loeb.com<br>Email: kbarger@loeb.com |

s/ Anica C. Jones
ANICA C. JONES
Assistant United States Attorney