IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LISA BRUNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO.: 3:20-cv-01056 |
| | ) | JUDGE RICHARDSON |
| DAVID COOK d/b/a INTEGRITY MUSIC, | ) | MAGISTRATE JUDGE NEWBERN |
| CAPITOL CMG, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

The United States Copyright Office, through its undersigned counsel, hereby files the attached Response of the Register of Copyrights to the Court's Request Pursuant to 17 U.S.C. § 411(b)(2). *See* ECF No. 175.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov

OF COUNSEL:
Scott Bolden
Acting Director, Intellectual Property Staff
Commercial Litigation Branch
Civil Division

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, a copy of the foregoing Notice of Filing and the Response of the Register of Copyrights were filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Frank Wilbert<br>Butler Snow LLP<br>Washington Square II<br>150 3rd Avenue South, Suite 1600<br>Nashville, TN 37201<br>Email: frank.wilbert@butlersnow.com | Fred Dalton Thompson, III<br>Michael A. Johnson<br>Kay Griffin, PLLC<br>222 Second Avenue North, Suite 340-M<br>Nashville, TN 37201<br>Email: dthompson@kaygriffin.com<br>Email: mjohnson@kaygriffin.com |
| Barry I. Slotnick<br>Christian D. Carbone<br>Nathalie G. Russell<br>Priyamvada Sinha<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-1895<br>Email: bslotnick@loeb.com<br>Email: ccarbone@loeb.com<br>Email: nrussell@loeb.com<br>Email: psinha@loeb.com | Derek C. Crownover<br>Keane A. Barger<br>Loeb & Loeb, LLP (Nashville)<br>35 Music Square East, Suite 310<br>Nashville, TN 37203<br>Email: dcrownover@loeb.com<br>Email: kbarger@loeb.com |

s/ Anica C. Jones
ANICA C. JONES
Assistant United States Attorney