IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LISA BRUNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPITOL CMG, INC., DAVID C COOK ) <br> d/b/a INTEGRITY MUSIC, and OSINACHI ) <br> KALU OKORO EGBU, ) <br> ) <br> Defendants. ) | No. 3:20-cv-01056 <br><br> District Judge Eli J. Richardson <br><br> Magistrate Judge Alistair Newbern <br><br> JURY TRIAL DEMAND |

## MOTION FOR LEAVE TO FILE PARTIAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Court's Case Management Order, Plaintiff hereby moves for permission to file a Partial Motion for Summary Judgment on all issues in this case except damages, which motion has been filed contemporaneously with this Motion.

Allowing the Court to consider and rule on the Partial Motion for Summary Judgment will serve the overall economy of time and expense for the parties, counsel, and the Court. Plaintiff's Partial Motion for Summary Judgment seeks a ruling on every issue in this case other than Plaintiff's damages. If successful, Plaintiff's motion will narrow the issues for trial and therefore reduce the time needed for trial. *See PSC Indus. v. Johnson*, No. 3:19-cv-00362, 2020 U.S. Dist. LEXIS 204527, at *5 (M.D. Tenn. Aug. 12, 2020) ("a successful motion for partial summary judgment on the issue of liability as to Plaintiff's breach of contract and misappropriation of trade secrets claims would narrow the issues and therefore reduce the time needed for trial."). Further, "it is not unusual to consider only liability at the summary judgment stage and reserve for trial the issue of damages." *Id.*

Therefore, Plaintiff respectfully requests leave of Court to file a Partial Motion for Summary Judgment on all issues except damages.

Respectfully submitted,

s/ Michael A. Johnson
Michael A. Johnson (#30210)
KAY GRIFFIN EVANS, PLLC
222 Second Ave. North, Suite 340-M
Nashville, TN 37201
(615) 742-4800
mjohnson@kaygriffin.com
*Attorney for the Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing motion has been served via CM/ECF upon:

Derek C. Crownover
Keane Barger
Loeb & Loeb LLP
35 Music Square East, Suite 310
Nashville, TN 37069

Barry I. Slotnick
Christian D. Carbone
Priy Sinha
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

on this the 9th day of December, 2024.

s/ Michael A. Johnson