IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LISA BRUNSON, </br></br>    Plaintiff, </br></br>v. </br></br>CAPITOL CMG, INC., DAVID C COOK d/b/a INTEGRITY MUSIC, and OSINACHI KALU OKORO EGBU, </br></br>    Defendants. | No. 3:20-cv-01056 </br></br>District Judge Eli J. Richardson </br></br>Magistrate Judge Alistair Newbern </br></br>JURY TRIAL DEMAND |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Plaintiff Lisa Brunson hereby moves for summary judgment in her favor on all issues except damages.

Mrs. Brunson has asserted the following claims against Defendants arising out of their unauthorized exploitation of her copyrighted bridge: (1) direct, contributory, and vicarious copyright infringement against David C Cook and Capitol CMG, Inc. ("CCMG"); (2) vicarious infringement against Osinachi Kalu Okoro Egbu ("Sinach"); and (3) violation of the Digital Millennium Copyright Act ("DMCA") against David C Cook and CCMG. Mrs. Brunson is entitled to judgment as a matter of law on all of these claims.

With respect to the infringement claims (number 1 and 2, above), Plaintiff's bridge is copyrightable (as observed by this Court in its previous Order, D.E. 53), and it is undisputable that Defendants, both directly and through their agents and administrators, copied, distributed, translated, and recorded Mrs. Brunson's bridge (and authorized others to do so) in violation of her exclusive rights under 17 U.S.C. § 106. Therefore, Defendants are liable for copyright infringement.

Next, both David C Cook and CCMG have knowingly provided false copyright management information with respect to the bridge in violation of the DMCA.

Finally, Mrs. Brunson is entitled to judgment as a matter of law on Defendants' counterclaims, which are (1) copyright infringement arising from creation of an unauthorized derivative work and subsequent performances of the same in church services (D.E. 66, 67 at 20-22); and (2) declaratory judgment of fraud on the Copyright Office (*id.* at 22-23). First, "performance of a . . . musical work . . . in the course of services at a place of worship or other religious assembly" cannot constitute infringement, and each of the performances at issue took place at a place of worship. 17 U.S.C. § 110(3). Second, the three-year statute of limitations bars Defendants' infringement claim. Third, Defendants' claim for declaratory judgment similarly fails because they cannot prove each of the essential elements of fraud on the Copyright Office—namely, that Mrs. Brunson intentionally provided inaccurate information on the application or that the Copyright Office would have refused registration. Fourth, alternatively, Defendants' claim for declaratory judgment fails because Plaintiff has obtained a new copyright registration reflecting the bridge as "published," per the opinion of the Register of Copyrights.

Therefore, Plaintiff Lisa Brunson respectfully requests summary judgment in her favor, as follows: (1) David C Cook and Capitol CMG, Inc. are liable for direct, contributory, and vicarious copyright infringement; (2) Osinachi Kalu Okoro Egbu is liable for vicarious infringement; (3) David C Cook and Capitol CMG, Inc. liable for violation of the DMCA; (4) Defendants' counterclaims for copyright infringement and declaratory judgment of fraud on the Copyright Office both fail; (5) alternatively, Defendants' claim for declaratory judgment of fraud on the Copyright Office should be dismissed as moot given Plaintiff's new copyright registration.

Respectfully submitted,

s/ Michael A. Johnson
---
Michael A. Johnson (#30210)
KAY GRIFFIN EVANS, PLLC
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
(615) 742-4800
michael.johnson@kaygriffin.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served CM/ECF upon:

Derek C. Crownover
Keane Barger
Loeb & Loeb LLP
35 Music Square East, Suite 310
Nashville, TN 37069

Barry I. Slotnick
Christian D. Carbone
Priy Sinha
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

on this the 9th day of December, 2024.

s/ Michael A. Johnson