**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| LISA BRUNSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:20-cv-01056** |
| | ) | |
| v. | ) | **District Judge Eli J. Richardson** |
| | ) | |
| **CAPITOL CMG, INC., DAVID C COOK** | ) | **Magistrate Judge Alistair Newbern** |
| **d/b/a INTEGRITY MUSIC, and OSINACHI** | ) | |
| **KALU OKORO EGBU,** | ) | **JURY TRIAL DEMAND** |
| | ) | |
| **Defendants.** | ) | |

---

### STATEMENT OF UNDISPUTED MATERIAL FACTS

---

Pursuant to Local Rule 56.01(b), Plaintiff submits that the following facts are material and present no genuine issue for trial:

1.      An employee of Integrity Music Limited said the bridge is "an important part of the song." (Sept. 17, 2019 email from Sue Campbell at Integrity0007012, attached to Pl.'s Mot. as **Exhibit 1**.)

   **RESPONSE:**

2.      In May of 2017, Mrs. Brunson created the bridge that is the subject of this case, which she performed as part of "Way Maker" during a worship service. (Decl. of Brunson D.E. 111-2.)

   **RESPONSE:**

3.      The bridge is the subject of Copyright Registration number PAu004024415. (Attached to Pl.'s Mot. as **Exhibit 3**.)

**RESPONSE:**


4.      The bridge is also the subject of Copyright Registration number PA0002499697. (Attached to Pl.'s Mot. as **Exhibit 28**.)

**RESPONSE:**


5.      Plaintiff has only performed the bridge during worship services. (Decl. of Brunson, D.E. 149-9, Page ID # 5098-99; Decl. of Brunson D.E. 111-2.)

**RESPONSE:**


6.      Plaintiff did not perform the bridge as part of "Way Maker" after November of 2017. (Decl. of Brunson, D.E. 149-9, Page ID # 5098-99; Decl. of Brunson D.E. 111-2.)

**RESPONSE:**


7.      There is no proof regarding when the following third-party videos were recorded or when the performances occurred (only when they were posted): (1) Doc. 131 ¶ 2, Faith City Music:    Glorious    Day    x.    Way    Maker    x    Surrounded, YOUTUBE,https://www.youtube.com/watch?v=yoD4U6wKbYE; (2) Lisa Brunson-Your Great Name-Way Maker-Something about the Name-Holy Ground, YOUTUBE, https://www.youtube.com/watch?v=ujZm8QNB1Ss

**RESPONSE:**

8.     Other than the words "Waymaker" and "miracle-worker," no portion of the Sinach's version of "Waymaker" appears in this video: Lisa Brunson-Your Great Name-Way Maker-Something about the Name-Holy Ground,

YOUTUBE, https://www.youtube.com/watch?v=ujZm8QNB1Ss.

9.     There is no proof regarding whether a "congregation" was present or not when the following third-party video was recorded: Doc. 131 ¶ 2, Faith City Music: Glorious Day x. Way Maker x Surrounded, YOUTUBE, https://www.youtube.com/watch?v=yoD4U6wKbYE.

**RESPONSE**:

10.     The July 1, 2011 agreement between David C Cook and Defendant CCMG is the agreement under which CCMG administered "Way Maker." (Agreement ¶ 1.01(a)(i), attached to Pl.'s Mot. as **Exhibit 4** ¶ 1.01(a)(i)); (Dep. of Kent Draughon, CCMG Rule 30(b)(6) Rep., at 41:6-11, attached to Pl.'s Mot. as **Exhibit 5**.)

**RESPONSE:**

11.     The July 1, 2011 agreement expired in 2021, and David C Cook now administers "Way Maker" in the United States. (Dep. of Mark Nicholas, David C Cook Rule 30(b)(6) Rep., at 58:4-59:2, attached to Pl.'s Mot. as **Exhibit 6**; Dep. of Jonathan Lane at 71:16-18, attached to Pl.'s Mot. as **Exhibit 7**.)

**RESPONSE:**

12.     Integrity Music is a registered d/b/a of David C Cook. (David C Cook Answer ¶ 6, D.E. 66.)

**RESPONSE:**


13.     Integrity Music Limited is a U.K. company that is a wholly owned subsidiary of David C Cook. (*See* Intercompany Agreement at 1, attached to Pl.'s Mot. as **Exhibit 8**.)

**RESPONSE:**


14.     In 2011, Integrity Music Limited was called "Kingsway Communications Limited." (Cert. of Incorporation and Resolution, attached to Pl.'s Mot. as Collective **Exhibit 2**.)

**RESPONSE:**


15.     In 2015, Kingsway Communications Limited changed its name to Integrity Music Limited. (*Id.*)

**RESPONSE:**


16.     Until 2009, Kingsway was "Cook Communications Limited." (Cert. of Incorporation and Resolution, attached to Pl.'s Mot. as Collective **Exhibit 2**.)

**RESPONSE:**


17.     On June 1, 2019, David C Cook and Integrity Music Limited entered into an "Intercompany Agreement." (Intercompany Agreement, attached to Pl.'s Mot. as **Exhibit 8**.)

**RESPONSE:**

18.    David C Cook claims to have rights in and to "Way Maker" pursuant to the Intercompany Agreement. (*Id.*)

**RESPONSE:**

19.    In July of 2019, Integrity Music Limited entered into a Publishing Administration Agreement with Sinach. (Attached to Pl.'s Mot. as **Exhibit 9**.)

**RESPONSE:**

20.    In early 2019, David C Cook was aware there were two versions of "Way Maker" and that Leeland had recorded a version with the bridge. (Dep. of Nicholas at 37:14-38:18, attached to Pl.'s Mot.  as **Exhibit 6**; Dep. of Lane at 35:12-36:21, attached to Pl.'s Mot. as **Exhibit 7**.) David C Cook did not know where the bridge came from. (*Id.*)

**RESPONSE:**

21.    Via letter dated October 8, 2019, Mrs. Brunson, through counsel, put Defendants on notice of her ownership of the bridge. (Attached to Pl.'s Mot. as **Exhibit 10**.)

**RESPONSE:**

22.    On February 12, 2020, an employee of CCMG sent the following email to Adam Carpenter regarding "Way Maker" and the bridge:

> It was just brought to my attention today that a bridge in a version of a song we release back in June was written by a writer named Lisa Brumley – this is for the song Way Maker by Okoro Sinachi, by the way. I've been told that Watershed admins this bridge and if I mention this song to you, you'll know what I'm talking about.

Does this ring any bells? I can get a request over to you real quick and get it updated in our system if that's the case. I am thinking we may need to do a derivative work agreement but let me know your thoughts on it."

(Attached to Pl.'s Mot. as **Exhibit 14**.)

**RESPONSE:**


23.     On February 12, 2020, an employee of CCMG requested a license to use the bridge in "Way Maker." (Attached to Pl.'s Mot. as **Exhibit 11**.)

     **RESPONSE:**


24.     On August 30, 2019, on the Brentwood Benson YouTube channel, CCMG posted a cover of "Way Maker" by The Christ Church Choir that includes the bridge. *See* https://www.youtube.com/watch?v=S69RtFf-NhU (last visited Dec. 9, 2024). The lyrics of the bridge are displayed in the video itself and below the video in the notes. *Id.*

     **RESPONSE:**


25.     Brentwood Benson was the print music division of CCMG. *See* About | CCMG Publishing, https://www.capitolcmgpublishing.com/about (last visited Dec. 9, 2024).

     **RESPONSE:**


26.     On March 5, 2020, David C Cook posted a lyric video of Leeland's version of "Way Maker" on YouTube. *See* www.youtube.com/watch?v=29IxnsqOkmQ (last visited Dec. 9, 2024). The lyrics and audio of the bridge are included in this video and the lyrics are included below the video in the notes. *Id.*

**RESPONSE:**

27.     The video provides the following information: "© 2016 Sinach (adm at CapitolCMGPublishing.com, excluding the UK & Europe which is adm by Integrity Music)". *See* www.youtube.com/watch?v=iJCV_2H9xD0.

**RESPONSE:**


28.     On March 5, 2020, David C Cook posted a lyric video of Leeland's version of "Way Maker" on YouTube. *See* www.youtube.com/watch?v=29IxnsqOkmQ (last visited Dec. 9, 2024). The lyrics and audio of the bridge are included in this video and the lyrics are included below the video in the notes. *Id.* This video provides the following information: "© 2016 Sinach (adm by Integrity Music Europe)".

**RESPONSE:**


29.     On March 29, 2020, David C Cook posted on Facebook a cover of "Way Maker" by David Archuleta that includes the bridge. *See* www.facebook.com/integritymusic/posts/10158180749557906 (last visited Dec. 9, 2024).

**RESPONSE:**


30.     On April 1, 2020, David C Cook posted a cover of "Way Maker" by Phil Wickham that includes the bridge, and it included the lyrics of the bridge in its own re-post of the video, stating: "You never stop working! This is powerful. Thank you Phil Wickham! #Waymaker". *See* www.facebook.com/integritymusic/posts/10157984273317906 (last visited Dec. 9, 2024).

**RESPONSE:**

31.     On April 24, 2020, David C Cook posted a version of "Way Maker" that includes the bridge, titled, "Way Maker / Abres Caminos | Phil Thompson, David & Nicole Binion, Daniel Calveti, Ingrid Rosario." *See* www.youtube.com/watch?v=-yPpdnmvMnU (last visited Dec. 9, 2024). The YouTube posting provides the following information: "© 2016 Sinach (adm at CapitolCMGPublishing.com, excluding the UK & Europe which is adm by Integrity Music)". *Id.* The lyrics of the bridge are displayed in the video itself and below the video in the notes. *Id.*

**RESPONSE:**

32.     On June 5, 2020, David C Cook posted Darlene Zschech and William McDowell's version of "Way Maker" (which includes the bridge) on YouTube and again on its Facebook page. *See* www.facebook.com/integritymusic/videos/1404868913045491 (last visited Dec. 9, 2024); www.youtube.com/watch?v=ulFK2tv4GWQ&list=PLMvQ6b1mRx4hhcWw7rGSjCKRbNVPW hc4k&index=2 (last visited Dec. 9, 2024). The YouTube posting provides the following information: "© 2016 Sinach (adm at CapitolCMGPublishing.com, excluding the UK & Europe which is adm by Integrity Music)". *Id.* The lyrics of the bridge are displayed in the video itself and below the video in the notes. *Id.*

**RESPONSE:**

33.     The website called "WeAreWorship" is "owned and operated by Integrity Music a division of David C Cook . . . ." Terms and Conditions, https://www.weareworship.com/legal/terms/ (last visited Dec. 9, 2024).

**RESPONSE:**

34.     On the WeAreWorship website, David C Cook maintains a chord sheet for Leeland's version of "Way Maker," which includes the lyrics and chords for the bridge. (Attached to Pl.'s Mot. as **Exhibit 12**.) That webpage attributes the bridge to Sinach and contains the following information: "2016 Integrity Music Europe (Admin. by Integrity Music)".

**RESPONSE:**


35.     On June 23, 2020, David C Cook posted on the WeAreWorship YouTube channel Leeland's version of "Way Maker" with chords and lyrics featured on the video itself. *See* https://www.youtube.com/watch?v=DoHJs6rUGY8 (last visited Dec. 9, 2024). The YouTube posting provides the following information: "Writer: Osinachi Kalu Okoro Egbu Copyright: © 2016 Integrity Music Europe (Admin. by Integrity Music)".

**RESPONSE:**


36.     David C Cook issued licenses to CCMG for "Worship with Mandisa" and to Bethel Music for covers of "Way Maker" (there is no reference to the bridge in these licenses). (*See* Collectively attached to Pl.'s Mot. as **Exhibit 13**).

**RESPONSE:**


37.     The Bethel license was issued after Bethel's version of "Way Maker" that includes the bridge was posted on YouTube. *See* Way Maker - Paul McClure | Moment, Bethel Music, https://www.youtube.com/watch?v=cHoGEDQQ67o (last visited Dec. 9, 2024) (posted September 23, 2019).

**RESPONSE:**

38.     CCMG, both directly and through Brentwood Benson, published and distributed a version of "Way Maker" by Christ Church Choir that includes the bridge. *See* Way Maker (Lyric Video) | Christ Church Choir, https://www.youtube.com/watch?v=-o-TtIkozPc (last visited Dec. 9, 2024); Spotify – Way Maker, Christ Church Choir, https://open.spotify.com/album/00Rta1YY0C67odCWerbed3 (last visited Dec. 9, 2024); (*see also* Email from CCMG to Sinach, attached to Pl.'s Mot. as **Exhibit 14** (seeking license for use of "Way Maker" for Christ Church Choir project).)

     **RESPONSE:**

39.     CCMG distributed the Mandisa recording (referenced above) and a recording of "Way Maker" that includes the bridge by Passion. *See* Way Maker (Live from Passion 2020), https://www.youtube.com/watch?v=1kBvpS3z9Qo (last visited Dec. 9, 2024); Spotify – Roar (Live From Passion 2020), https://open.spotify.com/album/3TlEGcbneZP4tE2V0dn1em (last visited Dec. 9, 2024).

     **RESPONSE:**

40.     CCMG, on behalf of David C Cook, issued multiple licenses to MWS Group authorizing it to record and distribute "Way Maker." (*See* MWS Group Licenses, attached to Pl.'s Mot. as **Exhibit 15**.)

     **RESPONSE:**

41.     The MWS Group licenses require MWS Group to pay royalties to CCMG for use of the "Composition" (which refers to "Way Maker," among other compositions). (*Id.*)

**RESPONSE:**

42.     Mr. Smith's version of "Way Maker" includes the bridge. *See* Michael W. Smith - Waymaker ft. Vanessa Campagna & Madelyn Berry, https://www.youtube.com/watch?v=SE_M9noEhNE (last visited Dec. 9, 2024) (lyric video posted on Feb. 5, 2019).

**RESPONSE:**

43.     These licenses to MWS Group were issued after Smith's version of "Way Maker" was released. *See* Michael W. Smith - Waymaker ft. Vanessa Campagna & Madelyn Berry, https://www.youtube.com/watch?v=SE_M9noEhNE (lyric video posted on Feb. 5, 2019) (last visited Dec. 9, 2024).

**RESPONSE:**

44.     David C Cook and CCMG registered with Christian Copyright Licensing International a version of "Way Maker" that includes the bridge. (*See* CCLI Subpoena Production, attached to Pl.'s Mot. as **Exhibit 16**; Dep. of Jonathan Lane at 17:4, 17:23-24, 49:23-51:10 (Senior Director of Music Administration and Contracts at David C Cook d/b/a Integrity describing process by which David C Cook and CCMG submit lyrics and song information to CCLI).)

**RESPONSE:**

45.     Sinach and/or David C Cook approved at least one translation of the bridge into a foreign language. (*See* WhatsApp Conversation Between Sinach and Mark Nicholas, attached to Pl.'s Mot. as **Exhibit 17**; March 24, 2020 Email with Translations, attached to Pl.'s Mot. as **Exhibit 18**.)

**RESPONSE:**

46.      Foreign translations of "Way Maker" are administered by subpublishers of David C Cook in various countries. (*See* Subpublishing Agreements between David C Cook and various foreign entities, attached to Pl.'s Mot. as **Exhibit 20**.)

**RESPONSE:**

47.      David C Cook sent translation forms from the United States to foreign countries soliciting translations of "Way Maker," and the form it sent included the bridge. (Email from Shirey Morgan, Sr. Marketing Manager, at INTEGRITY0004421, attached to Pl.'s Mot. as **Exhibit 19**.)

**RESPONSE:**

48.      On June 30, 2017, Sinach's social media account posted a video of Mrs. Brunson's performance of "Way Maker" at the 2017 Dominion Camp Meeting worship service, stating, "I love this version of Way Maker". (Attached to Pl.'s Mot. as **Exhibit 24**.)

**RESPONSE:**

49.      On August 5, 2017, Sinach's social media account retweeted a video of Mrs. Brunson's performance of "Way Maker" at the 2017 Dominion Camp Meeting worship service, including                    the                    bridge.                    *See* https://twitter.com/sinach/status/893807203735420929?ref_src=twsrc%5Etfw (last visited Dec. 9, 2024).

**RESPONSE:**

50.     In 2017, there were three people posting on Sinach's social media: (1) Sinach, (2) her husband, and (3) Cynthia Kalu, her assistant. (Dep. of Sinach at 10-12, attached to Pl.'s Mot. as **Exhibit 25**; Dep. of Egbu at 26:16-27:10, 28:21-23, attached to Pl.'s Mot. as **Exhibit 26**.) Her husband and Cynthia Kalu are the "management team," and they "manage[] everything that has to do with Sinach . . . ." (*Id.* at 9:10-11, 17:15-25, 27:8-10.)

**RESPONSE:**

51.     There are differences between Mrs. Brunson's bridge and "Way Maker," including the lyrics, triplet rhythmic element, and a distinctive hemiola. (Pl.'s Expert Report, attached to Pl.'s Mot. as **Exhibit 21**.)

**RESPONSE:**

52.     The principal musical similarities Dr. Ferrara identified as overlapping are commonplace, including the chord progression and melodies. (*See* Dep. of Dr. Ferrara at 29:20-30:5, attached to Pl.'s Mot. as **Exhibit 27** (the shared chord progression is "relatively commonplace"); *id.* at 25:17-26:11, 36:3-5 (the notes C-D-E in the "that is who you are" phrase in "Way Maker" and which appear in the bridge at "You never stop, you never stop working" are "commonplace" and "musical building blocks"); *id.* at 13:18-14:14 (admitting four-bar phrases are "relatively commonplace").

**RESPONSE:**

53.     There is no evidence that the protectable elements of "Way Maker" pervade Mrs. Brunson's bridge. (*See* Third Mot. in Limine, D.E. 138.) Further, Dr. Ferrara's opinion is merely

that "a significant amount of expression derived and evolved from the Chorus of ['Way Maker'],"

not that "Way Maker" runs throughout or pervades the bridge.  (D.E. 138-1, Page ID # 4919.)

**RESPONSE:**

Respectfully submitted,

 s/ Michael A. Johnson

Michael A. Johnson (#30210)
KAY GRIFFIN, PLLC
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
(615) 742-4800
michael.johnson@kaygriffin.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Statement of Undisputed Material Facts has been served CM/ECF upon:

Derek C. Crownover
Loeb & Loeb LLP
35 Music Square East, Suite 310
Nashville, TN 37069

Barry I. Slotnick
Christian D. Carbone
Priy Sinha
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

on this the 9th day of December, 2024.

s/ Michael A. Johnson