IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LISA BRUNSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) No. 3:20-cv-01056 |
| v. | ) |
| | ) District Judge Eli J. Richardson |
| CAPITOL CMG, INC., DAVID C COOK | ) |
| d/b/a INTEGRITY MUSIC, and OSINACHI | ) Magistrate Judge Alistair Newbern |
| KALU OKORO EGBU, | ) |
| | ) JURY TRIAL DEMAND |
|    Defendants. | ) |

## NOTICE OF FILING

Plaintiff hereby gives notice of filing of the attached copyright registration.

Respectfully submitted,

s/ Michael A. Johnson
Michael A. Johnson (#30210)
KAY GRIFFIN EVANS, PLLC
222 Second Ave. North, Suite 340-M
Nashville, TN 37201
(615) 742-4800
mjohnson@kaygriffin.com
*Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing notice has been served via CM/ECF upon:

Derek C. Crownover
Keane Barger
Loeb & Loeb LLP
35 Music Square East, Suite 310
Nashville, TN 37069

Barry I. Slotnick
Christian D. Carbone
Priy Sinha
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

on this the 9th day of December, 2024.

s/ Michael A. Johnson