# ATTACHMENT

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-499-697

**Effective Date of Registration:**
November 07, 2024
**Registration Decision Date:**
November 13, 2024

## Title

| | |
|---|---|
| Title of Work: | You Never Stop Working |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | August 04, 2017 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Lisa Marie Ireland-Brunson |
| Author Created: | music, lyrics |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1977 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Lisa Marie Ireland-Brunson |
| | 13004 Observation Circle 202, Louisville, KY, 40243, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | previously published music and lyrics |
| Previous registration and year: | PAu 4-024-415, 2020 |
| New material included in claim: | additional music and lyrics |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Watershed Music Group LLC |
| Name: | Adam Carpenter |
| Email: | adam@watershedmusic.com |

Case 3:20-cv-01056    Document 208-1    Filed 12/09/24    Page 2 of 3 PageID #: 6757

|                        |                              |
|------------------------|------------------------------|
| **Address:**           | 3839 McKinney Ave            |
|                        | Suite 155 #2805              |
|                        | Dallas, TX 75204 United States |

## Certification

_____

|                        |                              |
|------------------------|------------------------------|
| **Name:**              | Michael A. Johnson           |
| **Date**:              | September 20, 2024           |

**Correspondence:** Yes

**Copyright Office notes:** Regarding previous registration: This registration is made to correct a registration that was incorrectly made as unpublished. Compendium 1802.7(C).