# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| LISA BRUNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20-cv-01056 |
| | ) | |
| v. | ) | District Judge Eli J. Richardson |
| | ) | |
| CAPITOL CMG, INC., DAVID C COOK | ) | Magistrate Judge Alistair Newbern |
| d/b/a INTEGRITY MUSIC, and OSINACHI | ) | |
| KALU OKORO EGBU, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants[1] respectfully move the Court to enter an order providing that any response in opposition to Plaintiff's Motion for Partial Summary Judgment shall be filed 28 days after the Court enters an order resolving Plaintiff's Motion for Leave to File Partial Motion for Summary Judgment ("Motion for Leave") (Doc. 204). Defendants' counsel has conferred with Plaintiff's counsel, and this motion is unopposed.

On December 9, 2024, Plaintiff filed the Motion for Leave. (Doc. 204). The same day, Plaintiff filed the Motion for Partial Summary Judgment as a standalone docket entry. (Doc. 205.) On December 23, 2024, Defendants filed a response in opposition to the Motion for Leave. (Doc. 209.) Plaintiff filed a reply. (Doc. 210.) The Motion for Leave is now fully briefed and pending before the Court.

Defendants file this motion out of an abundance of caution, and good cause justifies this request. The Court's last pertinent scheduling order provided that "[a]ny responses in opposition" to a dispositive motion "shall be filed 28 days after service of the motions." (Doc. 107 at 2.) Because Plaintiff filed the Motion for Leave, there is no deadline by which Defendants must respond to the Motion for Partial Summary Judgment.

Nonetheless, to promote clarity and to avoid any suggestion in the future that Defendants did not timely respond to Plaintiff's Motion for Partial Summary Judgment because that document was served on December 9, 2024, Defendants respectfully request that the Court enter an Order stating that any response in opposition to Plaintiff's Motion for Partial Summary Judgment shall be filed 28 days after the Court enters an order resolving Plaintiff's Motion for Leave.

---

[1] Defendants are Capitol CMG, Inc. ("CCMG"), David C Cook d/b/a Integrity Music ("Integrity" and, together with CCMG, "Publishers") and Osinachi Kalu Okoro Egbu ("Sinach").

1

LOEB & LOEB LLP

By: s/ Barry I. Slotnick
    Barry I. Slotnick (admitted *pro hac vice*)
    New York Bar No. 1141753
    Christian D. Carbone (admitted *pro hac vice*)
    New York Bar No. 2825560
    Loeb & Loeb LLP
    345 Park Avenue
    New York, NY 10154
    Tel: (212) 407-4000
    Fax: (212) 407-4900
    bslotnick@loeb.com
    ccarbone@loeb.com

Derek C. Crownover (BPR No. 16650)
Keane Barger (BPR No. 033196)
Loeb & Loeb LLP
35 Music Square East
Suite 310
Nashville, TN 37203
Tel: (615) 749-8300
Fax: (615) 749-8308
kbarger@loeb.com
dcrownover@loeb.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon:

Michael A. Johnson (BPR No. 30210)
Kay Griffin, PLLC
222 Second Avenue North
Suite 340-M
Nashville, TN 37201
(615) 742-4800
Fax: (615) 742-4801
michael.johnson@kaygriffin.com

Fred Dalton Thompson III (BPR No. 37904)
Kay Griffin, PLLC
222 Second Avenue North
Suite 340-M
Nashville, TN 37201
(615) 742-4800
Fax: (615) 742-4801
dthompson@kaygriffin.com

on this the 3rd of January, 2025.

                                                s/ Barry I. Slotnick