The Motion (Doc. No. 211) is granted.
IT IS SO ORDERED.

*Eli Richardson*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LISA BRUNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20-cv-01056 |
| | ) | |
| v. | ) | District Judge Eli J. Richardson |
| | ) | |
| CAPITOL CMG, INC., DAVID C COOK d/b/a INTEGRITY MUSIC, and OSINACHI KALU OKORO EGBU, | ) ) ) | Magistrate Judge Alistair Newbern |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**