IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LISA BRUNSON, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-01056 |
| | ) | |
| CAPITOL CMG, INC., et al., | ) | JUDGE RICHARDSON |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| | ) | |
| | ) | |

## **ORDER**

In light of the Court's denial (Doc. No. 213) of Plaintiff's "Motion for Leave to File Partial Motion for Summary Judgment," (Doc. No. 204), the Clerk of Court is DIRECTED to TERMINATE Plaintiff's proposed motion for partial summary judgment (Doc. No. 205).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE